**Order entered January 11, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00006-CV

## IN RE NAZARIO CHAVEZ, JR., Relator

**Original Proceeding from the Justice of the Peace 1-1**
**Dallas County, Texas**
**Trial Court Cause No. JT-15M8400H**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want

of jurisdiction.  We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/ DAVID J. SCHENCK
   JUSTICE